# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 22-1314**                                         **September Term, 2023**

EPA-87FR19683
EPA-87FR61314

**Filed On:** October 26, 2023

Peter Williams,

      Petitioner

      v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protections Agency, in his
official capacity,

      Respondents

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition for rehearing en banc be denied.

**Per Curiam**

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                     BY:     /s/
                                   Daniel J. Reidy
                                   Deputy Clerk